| | | |
|---|---|---|
| People v De Lin Shao | 1st Dept: 145 AD3d 566 (NY) | dismissed 4/5/17 (Fahey, J.) |
| People v Doane | 3d Dept: 145 AD3d 1088 (Chemung) | denied 4/28/17 (Fahey, J.) |
| People v Dunster | 3d Dept: 146 AD3d 1029 (Madison) | denied 4/28/17 (DiFiore, Ch. J.) |
| People v Durham | 3d Dept: 146 AD3d 1070 (Rensselaer) | denied 4/4/17 (Fahey, J.) |
| People v Elshabazz | 4th Dept: 145 AD3d 1528 (Erie) | denied 4/3/17 (Stein, J.) |
| People v Empage | App Term, 1st Dept: 54 Misc 3d 130(A) (NY) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Faeth | App Div, 4th Dept, 9/6/16 (Wayne) | denied reconsideration 4/18/17 (Garcia, J.) |
| People v Farrara | 4th Dept: 145 AD3d 1527 (Erie) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Fisher | App Div, 2d Dept: 2016 NY Slip Op 95315(U) (Suffolk) | dismissed 4/6/17 (Abdus-Salaam, J.) |
| People v Flores | 1st Dept: 145 AD3d 568 (NY) | dismissed 4/5/17 (Fahey, J.) |
| People v Fontaine | 4th Dept: 144 AD3d 1658 (Monroe) | denied 4/11/17 (Stein, J.) |
| People v Ford | 4th Dept: 145 AD3d 1454 (Onondaga) | denied 4/4/17 (Stein, J.) |
| People v Forte | 2d Dept: 147 AD3d 973 (Westchester) | denied 4/10/17 (Stein, J.) |
| People v Gang | 4th Dept: 145 AD3d 1566 (Orleans) | denied 4/20/17 (DiFiore, Ch. J.) |
| People v Garcia (Frank) | 4th Dept: 144 AD3d 1616 (Ontario) | denied 4/6/17 (Rivera, J.) |
| People v Garcia (Peter) | App Div, 2d Dept: 2017 NY Slip Op 60688(U) (Queens) | dismissed 4/12/17 (Fahey, J.) |
| People v Goncalves | 1st Dept: 145 AD3d 575 (NY) | denied 4/6/17 (Abdus-Salaam, J.) |
| People v Greenridge | 2d Dept: 147 AD3d 974 (Kings) | denied 4/26/17 (DiFiore, Ch. J.) |
| People v Griffin | App Div, 2d Dept: 2017 NY Slip Op 60689(U) (Orange) | dismissed 4/6/17 (Rivera, J.) |
| People v Guervil | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 2016 NY Slip Op 95254(U) (Kings) | denied 4/21/17 (DiFiore, Ch. J.) |
| People v Gunn | 4th Dept: 147 AD3d 1449 (Onondaga) | denied 4/20/17 (DiFiore, Ch. J.) |
| People v Hakes | 3d Dept: 143 AD3d 1054 (Sullivan) | granted 4/21/17 (DiFiore, Ch. J.) |
| People v Hall | 4th Dept: 147 AD3d 1358 (Erie) | denied 4/26/17 (DiFiore, Ch. J.) |